

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-19-00150-CV

**IN RE** Andrea **PEREZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Irene Rios, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: March 20, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On March 14, 2019, relator filed a pro se petition for writ of mandamus. Relator also filed an emergency motion for stay of a writ of possession. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's emergency motion for a stay is DENIED AS MOOT.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018-CV-0246, styled *Andrea Perez v. Santos Sparkman*, pending in the County Court At Law No. 1, Guadalupe County, Texas.